# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMPER FI HOLDINGS SERIES LLC,<br>   Plaintiff,<br><br>   v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br>   Defendant. | CV 19-7274 DSF (JPRx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

  Plaintiff filed a complaint in this Court on the basis of diversity jurisdiction. However, the citizenship of one or more LLC parties is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Plaintiff is ordered to file an amended complaint, with a redlined version sent to the chambers e-mail inbox, no later than November 4, 2019 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being dismissed without prejudice.

  IT IS SO ORDERED.

Date: 10/21/2019

                _____
                Dale S. Fischer
                United States District Judge